```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  JOANNE HOEPER, State Bar #114961
    Deputy City Attorney
 3  DAVID B. NEWDORF, State Bar #172960
    Deputy City Attorney
 4  Fox Plaza
    1390 Market Street, Sixth Floor
 5  San Francisco, California 94102-5408
    Telephone:    (415) 554-3892
 6  Facsimile:    (415) 554-3837
    E-Mail:       david.newdorf@sfgov.org
 7

 8  Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO,
 9  SAN FRANCISCO POLICE DEPARTMENT,
    TREASURE ISLAND DEVELOPMENT AUTHORITY,
10  HEATHER FONG, GREGORY SUHR, DOUGLAS
    GROSHONG, AND ANNEMARIE CONROY
11
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS F. DOWLING, SR., | Case No. C 05-4046 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| vs. | |
| THE CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT ("S.F.P.D."); HEATHER FONG, S.F.P.D. CHIEF; GREGORY SUHR, S.F.P.D. DEPUTY CHIEF; ROBERT PUTTS, S.F.P.D. COMMANDER; DAN MAHONEY, S.F.P.D. LIEUTENANT; DOUGLAS GROSHONG, S.F.P.D. ACTING CAPTAIN; TREASURE ISLAND DEVELOPMENT AUTHORITY ("TIDA"); ANNE MARIE CONROY, FORMER DIRECTOR OF TIDA; DOES 1 THROUGH 100, INCLUSIVE, | Old Hearing Date: November 18, 2005<br>New Hearing Date: December 16, 2005<br>Hearing Judge:    Hon. Maxine M. Chesney<br>Time:             9:00 a.m.<br>Place:            Crtrm 7, 19th fl., 450 Golden Gate Ave.<br><br>Date Action Filed: December 21, 2004<br>Trial Date:        n/a |
| Defendants. | |

**STIPULATION**

Pursuant to Civil Local Rule 7-7, concerning continuance of motion hearings, the undersigned parties STIPULATE and AGREE as follows:

1. There has been no prior stipulation to continue the hearing on Defendants' Motion to Dismiss the First Amended Complaint [Docket No. 7].

2. Defendants' Motion to Dismiss the First Amended Complaint was originally noticed for hearing on November 18, 2005. The parties agree to move the hearing date and time to 9:00 a.m., December 16, 2005, at, 450 Golden Gate Ave., San Francisco, in Courtroom 7, 19th floor.

3. Plaintiff's opposition and Defendants' reply brief due dates will be calculated from the new hearing date in accordance with Civil L.R. 7-3.

STIPULATED and AGREED:

Dated:  November 2, 2005

          DENNIS J. HERRERA
          City Attorney
          JOANNE HOEPER
          Chief Trial Deputy
          DAVID B. NEWDORF
          Deputy City Attorney

By:      /s/
          David B. Newdorf
          Deputy City Attorney
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, TREASURE ISLAND DEVELOPMENT AUTHORITY, HEATHER FONG, GREGORY SUHR, DOUGLAS GROSHONG, AND ANNEMARIE CONROY

BECKMAN MARQUEZ LLP
CURTIS F. DOWLING, JR.

By:      /s/
          Curtis F. Dowling, Jr.
Attorneys for Plaintiff
CURTIS F. DOWLING, SR.

**ORDER**

Pursuant to stipulation and Civil L.R. 7-7, IT IS ORDERED THAT the hearing on defendants' Motion to Dismiss the First Amended Complaint [Docket No. 7] is continued to 9:00 a.m., Friday, December 16, 2005. The opposition and reply brief due dates will be calculated from the new hearing date in accordance with the local rules.

IT IS SO ORDERED.

DATED: November 2, 2005

*Maxine M. Chesney*
HON. MAXINE M. CHESNEY
U.S. District Court Judge