CURTIS F. DOWLING (SBN 188091)
**BECKMAN MARQUEZ, LLP**
703 Market Street, Suite 1610
San Francisco, California 94103
Telephone: (415) 495-8500
Facsimile: (415) 495-8590

Attorneys for Plaintiff
CURTIS F. DOWLING, SR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS F. DOWLING, SR.<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>Defendants. | Case No.: C-05-4046-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING FEDERAL CLAIMS AGAINST DEFENDANTS ROBERT PUTTS AND DAN MAHONEY WITH PREJUDICE AND REMANDING STATE LAW CLAIMS TO THE SAN FRANCISCO COUNTY SUPERIOR COURT** |

Plaintiff CURTIS F. DOWLING, SR. and defendants CITY AND COUNTY OF SAN RANCISCO, SAN FRANCISCO POLICE DEPARTMENT, TREASURE ISLAND DEVELOPMENT AUTHORITY, HEATHER FONG, GREGORY SUHR, DOUGLAS GROSHONG, and ANNEMARIE CONROY enter into the following stipulation:

That pursuant to Fed. R. Civ. P. 41(a) all federal claims asserted by plaintiff against defendants ROBERT PUTTS and DAN MAHONEY, including those in the First Amended Complaint filed in this action in the San Francisco County Superior Court on September 9, 2005, be dismissed with prejudice, and that plaintiff's remaining state law claims against all defendants be remanded to the California Superior Court for San Francisco County.

**Dowling v. City & County of San Francisco, et al.**
**U.S.D.C. Case #C-05-4046-MMC**
**STIP. DISMISSING FEDERAL CLAIMS AGAINST DEFENDANTS PUTTS AND MAHONEY WITH PREJUDICE**

1

Dated: November 29, 2005    BECKMAN MARQUEZ, LLP

By:_____/s/_____
    Curtis F. Dowling
    Attorneys for Plaintiff
    Curtis F. Dowling, Sr.

Dated: November 29, 2005

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
DAVID B. NEWDORF
Deputy City Attorney


By:_____/s/_____
    David B. Newdorf
    Attorneys for Defendants
    CITY AND COUNTY OF SAN
    FRANCISCO, et al..

## ORDER

The Court having reviewed and considered the aforesaid stipulation of the parties, and good cause appearing for the approval of same,

IT IS HEREBY ORDERED:

Pursuant to Fed. R. Civ. P. 41(a), all federal claims asserted by plaintiff against defendants ROBERT PUTTS and DAN MAHONEY, including those in the first amended complaint filed in this action in the San Francisco County Superior Court on September 9, 2005, are hereby dismissed with prejudice.

Pursuant to Stipulation, the Court declines to exercise supplemental jurisdiction over the

2

**Dowling v. City & County of San Francisco, et al.**
**U.S.D.C. Case #C-05-4046-MMC**
**STIP. DISMISSING FEDERAL CLAIMS AGAINST DEFENDANTS PUTTS AND MAHONEY WITH PREJUDICE**

1  remaining state law claims and REMANDS said claims to the California Superior Court for the
2  City and County of San Francisco.
3      IT IS SO ORDERED

5  Dated: __November 30__, 2005

                                       */s/ Maxine M. Chesney*
                            Honorable Maxine M. Chesney
                            Judge of the United States District Court

BECKMAN MARQUEZ, LLP
ATTORNEYS AT LAW
703 MARKET STREET, SUITE 1610, SAN FRANCISCO, CA 94103
TELEPHONE: (415) 495-8500 FACSIMILE: (415) 495-8590

3

**Dowling v. City & County of San Francisco, et al.**
**U.S.D.C. Case #C-05-4046-MMC**
**STIP. DISMISSING FEDERAL CLAIMS AGAINST DEFENDANTS PUTTS AND MAHONEY WITH PREJUDICE**